UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MARK ANTHONY JIMENEZ,** **Petitioner** | **CIVIL DOCKET NO. 1:20-CV-1191-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRIS MCCONNELL,** **Respondent** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation (ECF No. 15) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the Response in Support filed by Petitioner (ECF No. 18), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF Nos. 1, 5) is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Jimenez's claim.

THUS, DONE AND SIGNED in Chambers, on this 1st day of March 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE